UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
UNITED STATES OF AMERICA,

    -against-

TYRIQUE SNOWDEN, a/k/a "TY,"

                             Defendant.
---------------------------------- x

ORDER

20 Crim. 57-18 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A change of plea hearing is scheduled for September 15, 2021 at 10:00 am.

Dated: New York, New York
       September 1, 2021

SO ORDERED.

GEORGE B. DANIELS
United States District Judge