# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 0 9 2021

September 2, 2021

BY ECF

Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED

The change of plea hearing is adjourned from September 15, 2021 to September 29, 2021 at 10:30 a.m.

HON. GEORGE B. DANIELS  SEP 0 9 2021

Re: United States v. Tyrique Snowden
Ind #: 20-CR-0057

Dear Judge Daniels:

I represent Mr. Snowden in the above referenced matter. With respect to the September 15, 2021 date fixed by your Honor for the change of plea hearing in this matter, I will be traveling overseas that entire week in connection with an Eastern District of New York case to which I am assigned. It is respectfully requested therefore that the date be changed to the week of September 27, 2021 or thereafter.

Thank you very much for your attention.

Sincerely,

*Robert A. Soloway*

Robert A. Soloway

cc: AUSA Peter Davis (by ECF)
RAS:sc