# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

January 13, 2022

BY ECF

Hon. George Daniels
United States District Court
500 Pearl Street
New York, New York 10007

SO ORDERED

The sentencing scheduled for January 19, 2022 is adjourned to February 9, 2022 at 9:00 a.m.

*George B. Daniel*
HON. GEORGE B. DANIELS

Re: United States v. Tyrique Snowden
Ind No: (S-3) 20 Crim. 57 (GBD)

Dear Judge Daniels:

Following communication with chambers, and the inability to conduct an in-person sentencing as scheduled on January 19, 2022, it is respectfully requested, without objection of the government, by AUSA Peter Davis, that the sentence in this matter be postponed to a date in late January or early February, 2022. At the request of Mr. Snowden's family, it is also requested that if is possible, a Monday or Tuesday be selected for sentencing to accommodate the work schedules of individuals who wish to attend.

Thank you very much for your attention to this matter.

Sincerely,

*Robert A. Soloway*

Robert A. Soloway

cc: All counsel
(by ECF)