# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

January 18, 2022

BY ECF

Hon. George B. Daniels
United States District Court
40 Foley Square
New York, New York 10007

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Re: United States v. Tyrique Snowden
Ind No.: S3 20 Cr. 057 (GBD)

Dated: __JAN 2 0 2022__

Dear Judge Daniels:

I represent Tyrique Snowden in the above-referenced matter. I write to request that the Court permit the filing of a corrected sentencing letter in this matter because of a factual error it corrects in the letter originally electronically filed by my office at or about 5:12 PM on this date. The original letter incorrectly stated the month and year of my client's arrest at page 4 as February 2019, instead of the correct month and year, February 2020, and incorrectly stated he was present at MCC at the time of Jeffrey Epstein's suicide. These facts are material to certain arguments presented, and it is therefore respectfully requested that the corrected letter replace that which was originally filed in order that the facts be correctly stated. In all respects other than that identified herein, the corrected letter is identical to the original filing, and nothing else has been altered.

Additionally, it is respectfully requested that this Court direct the clerk's office to remove the originally filed sentencing letter from the electronic docket of the case, and that this Court deem the corrected letter the defendant's sentencing submission for all purposes.

Thank you very much for your attention.

Respectfully submitted,

*Robert A. Soloway*

Robert A. Soloway

cc: AUSA Peter Davis
(by ECF)
RAS:sc